IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN A. HILL,
    Plaintiff,

v.                                       Case No. 3:10cv68/WS/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

Now before the court is Plaintiff's "Motion for Stay of Proceedings" for sixty (60) days (Doc. 10). Plaintiff represents that the Defendant has no objection to the motion (*id.* at 2).

Plaintiff indicates in his motion that the resolution of proceedings now before the Commissioner could render the instant matter moot. According to Plaintiff, resolution is anticipated soon. In the interest of judicial economy, Plaintiff therefore seeks a stay of this case, including all deadlines, for sixty (60) days.

As Plaintiff has shown good cause for granting a brief stay, the court shall grant his motion. This matter shall be stayed for sixty (60) days or until such time as Plaintiff advises the court that the matter pending before the Commissioner has been resolved and Plaintiff is either ready to proceed with this case or that the case is now moot. If the matter becomes moot, Plaintiff shall promptly move to dismiss it.

Accordingly, it is **ORDERED:**

1. Plaintiff's unopposed "Motion for Stay of Proceedings" (Doc. 10) is **GRANTED**.

2. This matter, including all deadlines, shall be **STAYED** for a period of **SIXTY (60) DAYS**.

3.Within **SIXTY (60) DAYS** of the date of docketing of this order, Plaintiff shall advise the court that the matter pending before the Commissioner has been resolved and Plaintiff is either ready to proceed with the instant case or that the case is now moot.  If the matter becomes moot, Plaintiff shall promptly move to dismiss it.

4.In any event, the clerk shall refer this case to the undersigned for a status review on **NOVEMBER 29, 2010.**

**DONE AND ORDERED** this 28th day of September 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**