IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN ASHFORD HILL,

Plaintiff,

v. 3:10cv68-WS

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

Defendant.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 24, 2011. See Doc. 20. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

The court being in accord with the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporation by reference into this order.

2. The Commissioner's decision to deny Plaintiff's application for benefits is AFFIRMED.

3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED and this action is DISMISSED."

DONE AND ORDERED this 27th day of September, 2011.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE